# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| RICK WINTERBOTTOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:14-cv-00423-CRW-RAW |
| | ) |
| ARS NATIONAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION TO DISMISS**

Plaintiff, RICK WINTERBOTTOM, and Defendant, ARS NATIONAL SERVICES, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

February 25, 2015        By: /s/ Kristin K. Gamble, Esq.
                             Kristin K. Gamble, Esq.
                             3816 Lincoln Place Drive
                             Des Moines, IA 50312
                             Tel: 515-724-2476
                             kkgamble177@gmail.com

                             Attorney for Plaintiff

[INTENTIONALLY LEFT BLANK]

                                RESPECTFULLY SUBMITTED,

February 25, 2015          By: /s/ James R. Bedell
                                     James R. Bedell (MN 0351544)
                                     MOSS & BARNETT, P.A.
                                     150 South Fifth Street
                                     Suite 1200
                                     Minneapolis, MN 55402
                                     Telephone: (612) 877-5000
                                     Fax: (612) 877-5999
                                     Email: Jim.Bedell@lawmoss.com

                                     Charles L Litow AT0004732
                                     Wright Lerch & Litow LLP
                                     222 3rd St SE Ste 319
                                     Cedar Rapids, IA 52401
                                     Telephone- 1-855-312-2353
                                     Email: clitow@wllal.com

                                     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      On February 24, 2015, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

                                     By: /s/ Kristin K. Gamble, Esq.
                                             Kristin K. Gamble, Esq.